**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

INTERNATIONAL PAINTERS AND ALLIED    )
   TRADES INDUSTRY PENSION FUND,     )
TIM D. MAITLAND, in his official capacity as a fiduciary, )
FINISHING TRADES INSTITUTE,     )
   f/k/a INTERNATIONAL UNION OF PAINTERS AND )
   ALLIED TRADES JOINT APPRENTICESHIP AND )
   TRAINING FUND,     )
POLITICAL ACTION TOGETHER FUND,    )
PAINTERS AND ALLIED TRADES LABOR    )
MANAGEMENT COOPERATION INITIATIVE   )
7234 Parkway Drive     )
Hanover, MD 21076     )
     )
      Plaintiffs,    )   No. 19-cv-02368
   v.     )
     )
HOSEK CONTRACTORS, INC.    )
   d/b/a EASTERN PAINTING COMPANY   )
   d/b/a EASTERN PAINTING CO.    )
339 West Jefferson Street    )
Syracuse, NY 13202     )
     )
   and     )
     )
FRANCIS L. HOSEK     )
   a/k/a FRANK L. HOSEK    )
165 de Palma Avenue    )
Syracuse, NY 13204     )
     )
      Defendants.   )

**JUDGMENT BY CONFESSION**

Upon consideration of the Complaint in Confession of Judgment filed by International Painters

and Allied Trades Industry Pension Fund, *et al.* ("Plaintiffs") against Hosek Contractors, Inc., d/b/a

Eastern Painting Company, d/b/a Eastern Painting Co. ("Company") and Francis L. Hosek ("Hosek"),

728662_1.docx
PTINTF-35370.pl

along with the supporting exhibits and affidavits, the Court, having determined the aforesaid documents

prima facie establish

(1) a voluntary, knowing and intelligent waiver by the Defendants of the right to notice and a

prejudgment hearing on the merits of the Plaintiffs' claims; and

(2) a meritorious claim of the Plaintiffs for the balances remaining under the Note, including

interest, as provided in the Settlement Agreement,

it is this 3rd day of September, 2019:

ORDERED that judgment by confession be entered in favor of Plaintiffs, and against Defendants

Hosek Contractors, Inc., d/b/a Eastern Painting Company, d/b/a Eastern Painting Co., and Francis L.

Hosek, in the sum of $152,315.87, which includes the total debt under the Note, minus payment

received, plus additional interest as itemized in the Complaint, along with additional interest to accrue at

the post judgment rate from the date of the judgment until paid.

The Clerk is directed to issue the appropriate notice to the Defendants.

BY THE COURT:

Date: 3 September 2019 _____

_____
GEORGE L. RUSSELL, III
United States District Judge

_____
A. David Copperthite
United States Magistrate Judge

728662_1.docx
PTINTF-35370.pl